UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD O'NEAL BOWEN,

Petitioner,

Case No. 26-cv-11079
Hon. Matthew F. Leitman

v.

ERIC RARDIN,

Respondent.

_______________________________________/

**ORDER (1) DENYING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION AND IMMEDIATE RELEASE (ECF No. 2) AND (2) GRANTING IN PART PETITIONER'S MOTION FOR EXPEDITED CONSIDERATION (ECF No. 3)**

On April 2, 2026, Petitioner Edward O'Neal Bowen filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) In his petition, Bowen challenges the Bureau of Prisons' refusal to apply his earned time credits under the First Step Act. (*See id.*)

Now pending before the Court are two motions that Bowen has filed. First, Bowen filed a motion for a preliminary injunction and immediate release. (*See* Mot., ECF No. 2.) Second, Bowen has filed a motion for an expedited hearing and expedited consideration. (*See* Mot., ECF No. 3.) The Court has carefully considered the motions, and it **DENIES** the motion for preliminary injunction and **GRANTS IN PART** the motion for expedited consideration as follows.

The issues Bowen raised in his petition are serious and raise substantial legal questions. The best way to resolve those questions is not through truncated preliminary injunction proceedings or through an expedited motion. Instead, the Court has ordered the Respondent to file a response to the petition (*See* Order, ECF No. 7), and the Court will then resolve the issues raised in the petition upon full briefing by both parties. However, the Court recognizes that the issues Bowen has raised are worthy of expedited consideration, and the Court will expedite its review of the petition upon receipt of the Respondent's response to the petition.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126